AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

v.

ALEXIS MORALES

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-m-1816CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  July 7, 2004  in  Worcester  county, in the _____ District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess more than five grams of cocaine base, a Schedule II controlled substance, with intent to distribute

in violation of Title  21  United States Code, Section(s)  841 (a) and 841 (b)(1)(B)(iii)  .

I further state that I am a(n)  Special Agent with DEA  and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of DEA Special Agent Michael Boyle

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

MICHAEL BOYLE
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-20-2004                                          at       Worcester, Massachusetts
Date                                                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.