AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA

V.

ALEXIS MORALES

**WARRANT FOR ARREST**

CASE NUMBER: 04-M-1814 CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALEXIS MORALES _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing more than five grams of cocaine base, a Schedule II controlled substance, with intent to distribute

in violation of Title __21__ United States Code, Section(s) __841 (a) and 841 (b)(1)(B)(iii)__

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

7-20-04 @ Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ALEXIS MORALES

ALIAS: ___

LAST KNOWN RESIDENCE: 28 Lakeside Ave., Apt 5 Worcester, MA

LAST KNOWN EMPLOYMENT: ___

PLACE OF BIRTH: ___

DATE OF BIRTH (4 digit year): 00-00-1981

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8710

HEIGHT: 68"            WEIGHT: 140

SEX: Male              RACE: Hispanic

HAIR: Brown            EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Tattoos on right arm

FBI NUMBER: ___

COMPLETE DESCRIPTION OF AUTO: ___

INVESTIGATIVE AGENCY AND ADDRESS: WORCESTER POLICE DEPARTMENT, WORCESTER, MA 01608