UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATION: |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession of Cocaine Base |
| ALEXIS MORALES, | ) | With Intent to Distribute |
| | ) | |
| Defendant. | ) | CR. NO. 4:04CR40019-FDS |

**INDICTMENT**

**(21 U.S.C. § 841(a)(1) - Possession Of Cocaine Base With Intent To Distribute)**

The Grand Jury charges that:

On or about June 7, 2004, at Worcester, in the District of Massachusetts,

**ALEXIS MORALES,**

defendant herein, did knowingly and intentionally possess with intent to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

It is further alleged that this offense involved more than 20 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); United States Sentencing Commission Guideline, § 2D1.1(c)(6).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID H. HENNESSY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; July **28**, 2004.

    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK     12:22pm.

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Worcester MA   **Category No.** II   **Investigating Agency** WORC. POLICE DEPT.

**City** Worcester   **Related Case Information:**

**County** Worcester
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   04 M-1816-CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Alexis Morales   Juvenile  ☐ Yes  ☒ No

Alias Name

Address   28 Lakeside Avenue, Apartment 5, Worcester, MA

Birth date (Year only): 1981   SSN (last 4 #): 8710   Sex M   Race: Hispanic   Nationality: U.S

Defense Counsel if known:   Leo Sorokin   Address: Office of Federal Defender
                                                                          408 Atlantic Ave. Boston 02210
Bar Number:

**U.S. Attorney Information:**

AUSA   David Hennessy   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: July 17, 2004

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 28, 2004   Signature of AUSA: /s/ David Hennessy

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Alexis Morales

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a) | Possession Cocaine Base w/Intent Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**