UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 AUG 10 P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-40019-FDS |
| ) | |
| ALEXIS MORALES ) | |

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, Alexis Morales

[✓] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

Alexis Morales
**Defendant**

E. M/
**Attorney for the Defendant**

8/9/04
**Date**

Eduardo Masferrer
Masferrer & Hurowitz, PC
6 Beacon St Suite 720
Boston, MA 02108

## Certificate of Service

I, EDUARDO MASFERRER, hereby certify that I have caused to be served a copy of the attached in by first class mail, postage pre-paid to A.U.S.A. David Hennessy, attorney for the defendant on this date of August 9, 2004.

_____
Eduardo Masferrer