UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-40019-FDS |
| v. ) | |
| ) | |
| ALEXIS MORALES, ) | |
| ) | |
| Defendant. ) | |

### Government's Information Pursuant To 21 U.S.C. § 851

The United States of America, by Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, hereby files this Information pursuant to 21 U.S.C. § 851. In support hereof, the government states that Defendant, Alexis Morales, has the following prior conviction:

Possession with Intent to Distribute or Dispense a Class B controlled substance, crack cocaine, in violation of the laws of the Commonwealth of Massachusetts, entered in the Trial Court of Massachusetts, Worcester District Court, Docket No. 0362CR001291, for which Defendant was sentenced on March 5, 2003 to imprisonment for a term of one year to run concurrently with a term of imprisonment imposed in another case, Docket No. 0262CR9586A.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
     David Hennessy
     Assistant U.S. Attorney


Dated:    September 8, 2004.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Eduardo A. Masferrer, Esquire
    6 Beacon Street
    Suite 720
    Boston, MA 02108

This 8th day of September 2004.

_____
David Hennessy
ASSISTANT UNITED STATES ATTORNEY

2