✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|
| V. | | | |
| ALEXIS MORALES | | Case Number: 04-40019-FDS | |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>HENNESSY | DEFENDANT'S ATTORNEY<br>MASFERRER |
|---|---|---|
| TRIAL DATE (S)<br>9/27/2004 | COURT REPORTER<br>10:30 a | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 9/27/04 | | | James Carmody |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 9/27/04 | X | X | Lab Analysis |
| 2 | | 9/27/04 | X | X | Lab Analysis |
| | A | 9/27/04 | X | X | Commonwealth's Motion to Dismiss |
| | B | 9/27/04 | X | X | Docket Sheet, Worcester District Court 04-004563 |
| | C | 9/27/04 | X | X | Letter from Patricial Ouddi |
| | D | 9/27/04 | X | X | Letter from Nicole Beauchamps |
| | E | 9/27/04 | X | X | Letter from Maria Maldonado |
| | F | 9/27/04 | X | X | Letter from Wanica Santos |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages