# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )    CRIMINAL ACTION
                              )    NO. 04-40019-FDS
ALEXIS MORALES,               )
        Defendant,            )
_____)
```

### INITIAL STATUS REPORT
### September 27, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Counsel for the parties have indicated that they need additional time to complete discovery. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on October 13, 2004, at 10:15 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 16, 2004 (date of

expiration of prior order of excludable time) through October 13, 2004 (date by which discovery should be be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, December 22, 2004</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE