```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )    CRIMINAL ACTION
                              )    NO. 04-40019-FDS
ALEXIS MORALES,               )
          Defendant,          )
_____)
```

**STATUS REPORT**
**October 29, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Counsel for Mr. Morales intends to file a motion to suppress and that motion shall be filed by November 19, 2004. The Government shall file its opposition to that motion by December 7, 2004.

3. Further Status Conference

A further status conference shall be held in this case on December 9, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 13, 2004 (date of expiration of prior order of excludable time) through December 7, 2004 (date by which the Government is to file its opposition to Mr. Morales' motion to suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, February 17, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
</pre>