UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>ALEXIS MORALES,           )<br>         Defendant,      )<br>_____) | CRIMINAL ACTION<br>NO. 04-40019-FDS |

ORDER OF EXCLUDABLE TIME
October 29, 2004

SWARTWOOD, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 13, 2004 (date of expiration of prior order of excludable time) through December 7, 2004 (date by which the Government is to file its opposition to Mr. Morales' motion to suppress) shall be excluded from the Speedy Trial Act.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE