UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALEXIS MORALES

CRIMINAL No.
04-m-1816-CBS

## DEFENDANT'S MOTION TO CONTINUE

Now comes the defendant in the above-entitled matter and moves this honorable Court to continue the defendant's final status conference currently scheduled for October 13, 2003. As grounds therefore Counsel is scheduled to begin a multi co-defendant trial which is expected to last four to five days. Counsel has spoken with A.U.S.A. David Hennesey, who has agreed to the continuance, as well as Courtroom Clerk Lisa. For these reasons, Counsel requests that the case be continued to October 28, 2004. This date is also agreeable to A.U.S.A. Heinrich.

Respectfully Submitted,
ALEXIS MORALES
By his attorney,


__/s/ Eduardo Masferrer__
Eduardo Masferrer
6 Beacon St. Suite 625
Boston, MA 02108
(617) 531-0135
BBO# 644623