UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

ALEXIS MORALES

CRIMINAL No.
04-m-1816-CBS

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE

I, Eduardo Masferrer, being duly sworn, do profess the following to be true to the best of my understanding, knowledge, and belief:

1. I am an attorney and have been retained to represent the defendant in the above-entitled matter.

2. This matter was scheduled for a final status conference for October 13, 2004.

3. Counsel is scheduled to begin a trial in Suffolk Superior Court (*Commonwealth v. Marlon Straw*, No.

4. Counsel has spoken with A.U.S.A. David Hennessey, who has agreed to the continuance

5. Should the Court grant the continuance, both Counsel and A.U.S.A. Hennessey are available on October 28, 2004.

Submitted under the pains and penalties of perjury this 12th day of October, 2004.

                                                       __/s/ Eduardo Masferrer__
                                                       Eduardo Masferrer