UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------)
UNITED STATES OF AMERICA,      )
                               )
vs.                            )   **CRIMINAL ACTION**
                               )   **NO. 04-40019-FDS**
ALEXIS MORALES,                )
          Defendant            )
---------------------------------------------------)

## MOTION TO EXTEND TIME FOR FILING OF DEFENDANT'S MOTION TO SUPPRESS

Now comes the attorney for the defendant in the above-entitled matter and moves this Honorable Court to extend the filing date for the defendant's motion to suppress. As grounds therefore Counsel states that his busy schedule, which includes a trial in Dorchester District Court, will make it almost impossible for him to file his brief on or before November 19, 2004. Counsel requests that the filing deadline be extended to November 23, 2004. Counsel has spoken with A.U.S.A. Hennessey who assents to the extension.

Respectfully Submitted

____"/s/" Eduardo Masferrer___
Eduardo Masferrer
Masferrer & Hurowitz, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-------------------------------------------------)
UNITED STATES OF AMERICA,       )
                                )
vs.                             )     CRIMINAL ACTION
                                )     NO. 04-40019-FDS
ALEXIS MORALES,                 )
         Defendant              )
-------------------------------------------------)
```

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME FOR FILING OF DEFENDANT'S MOTION TO SUPPRESS**

I, Eduardo Masferrer, do state the following is true to the best of my belief:

1. I am an attorney.

2. I have been retained to represent the Defendant, Alexis Morales.

3. Counsel's schedule has been extremely busy, preventing him from being able to prepare the motion by the November 19, 2004 deadline. His schedule includes a trial in Dorchester District Court, which he is currently in the middle of. (*Cyril Aljoe d/b/a CCA Construction Co. v. Katherine Burton,* C.A. No. 0307 CV 1300)

4. Due to his busy schedule, Counsel would request an extension to file his motion until November 23, 2004.

5. Counsel has spoken with A.U.S.A. Hennessey, who does not object to such a continuance.

Sworn to under the pains and penalties of perjury this 19th day of November, 2004.

____"/s/" Eduardo Masferrer___
Eduardo Masferrer
Masferrer & Hurowitz, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135