# MASFERRER | HUROWITZ, P.C.
## ATTORNEYS AT LAW
6 BEACON STREET, SUITE 720   BOSTON, MA 02108
(617) 531-0135       (617) 531-0136 (f)

EDUARDO A. MASFERRER
STUART M. HUROWITZ
KAREN L. SWENSON

November 23, 2004

Lisa Roland
Deputy Clerk
Harold D. Donahue Federal Building and Courthouse
595 Main St.
Worcester, MA 01608

Re: *USA v. Morales*
   No: 04-40019

Dear Ms. Roland:

   We are writing to request a transcript from the above-mentioned case. The testimony we need is the direct and cross-examinations of James Carmody, which took place on September 27, 2004.

   Thank you in advance for your help in this matter. If you have any questions please contact us.

Sincerely,

Cecile Zwiebach
Assistant to Eduardo Masferrer