UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )  CRIMINAL NO. 04-40019-FDS
)
ALEXIS MORALES )
)
Defendant. )

## AFFIDAVIT OF POLICE OFFICER JAMES CARMODY

James Carmody, being duly sworn, deposes and states as
follows:

1.   I am an officer and ten-year veteran of the City of
Worcester Police Department ("WPD").

2.   I make this affidavit in support of the government's
response to what I am advised is a motion on the part of
Defendant to suppress evidence.

3.   Currently, in my employment with WPD, I am assigned to
the Gang Unit.  In that capacity I have had a number of
conversations with the Defendant, Alexis Morales. In at least two
such conversations, Defendant admitted to me that he was a member
of a gang known as Plumley Village East ("PVE").

4.   I also know Defendant because I have been present and
participated in arrests of Defendant.  He has been arrested for
weapons and drug charges.  A copy of his criminal record is
annexed hereto.

5.   On June 7, 2004, at approximately 7:20 p.m., I was on

1

routine motor patrol with WPD Officers Panarello, Vo and Lopez on
Laurel Street in Worcester. We were in an unmarked car and were
dressed in blue tee shirts that had the WPD emblem on the front
and the word "Police" on the back. Our badges were displayed. I
was seated behind the driver.

6. Laurel Street is a two-way street that winds through a
dense cluster of multifamily dwellings that comprise Plumley
Village. This is the center of activities of PVE.

7. At the time, there were a number of people outside
buildings in Plumley Village, and the unmarked police car was
traveling slowly. I saw a white Mercury Mountaineer (hereafter,
the "Mountaineer"), drive slowly by in the opposite direction.
Through the windshield of the Mountaineer, I saw in the rear seat
Raul Aponte for whom there was an outstanding arrest warrant, to
be executed without delay, for assault and battery.

8. I also saw in the Mountaineer, front passenger seat, the
Defendant Alexis Morales.

9. I instructed the driver of the police car to turn
around, that Aponte was in the Mountaineer. It was my intention
was to arrest Aponte.

10. When the police car turned around, the Mountaineer had
already pulled to the side of the Laurel Street curb, near the
entrance to 29 Laurel Street. When the police car stopped,
myself and the other officers approached the Mountaineer. At

2

that time, I saw Morales make furtive movements with the rear passenger, Aponte.

11. For the safety of the officers, Officer Lopez removed Morales from the Mountaineer and conducted a pat-down for weapons. No weapons or contraband were found on Defendant. Lopez then ordered Defendant to stand "over there," a distance away. Defendant was not handcuffed, guarded, told that he was under arrest or told that he could not leave.

12. Then I ordered Aponte to show his hands. Aponte refused and leaned away from the officers. Officer Lopez and I then removed Aponte from the Mountaineer. After removing Aponte, Officer Lopez called my attention to a package in in the pocket on the back of the front seat. The Lopez reached into where he had indicated and recovered a clear sandwich baggie, knotted at the top which contained multiple knot-tied corners of sandwich baggies. The smaller baggies inside it contained off-white chunks.

13. I have in my training and experience seen crack cocaine packaged in this way on hundreds of occasions. Based on what I saw, I believed that package contained crack cocaine.

14. Myself and the other officers then arrested all the occupants of the Mountaineer. Each was handcuffed, seated on the curb and told that they were under arrest.

15. Shortly after, Andrews began to protest, saying, in

3

substance, "Yo, I'm not taking this."  As Andrews protested,
Defendant stated, "that shit is mine."

16.  I told Defendant that no one would be released unless
Defendant agreed to give a written statement admitting his
ownership and possession of the crack cocaine.  Defendant agreed.

17.  Morales was taken to WPD headquarters. He was given
Miranda warnings and provided responses to questions.  The
Miranda warnings and executed statement are attached hereto.

JAMES CARMODY
Police Officer
City of Worcester Police Department

Sworn to and subscribed before me
this 7th day of December, 2004.

Notary Public

STEPHEN P REYNOLDS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 10, 2011

4

PCF   ADULT   RECORD INFORMATION AS OF 06/08/2004      PAGE   1 OF   2

PRIM NAME: MORALES, ALEXIS              DOB: 04/07/1981 PCF#:2661002CV

SEX: M  SS #: 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 MOTHER: NILDA SANTIAGO
                          FATHER: JOSE
HOME ADDR :29 5TH AVE WORCESTER MA               POB: WORCESTER MA
ZIP CODE :          -

ETHNICITY: HISPANIC        HGT: 506  WGT: 130  HAIR: BROWN        EYES: BROWN

DT: 04/03/2003 MIB CRT:   WORCESTER DISTRICT( 62)        DKT#   0362CR1353A
OFFENSE: POSS CLASS D CONT SUB(CSA POSS D)        MARIJUANA
DISPOSITION: DF D/R C 4/17/03 FILE                          STATUS: CLOSED


DT: 02/12/2003 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0362CR937A
OFFENSE: ASSAULT AND BATTERY (A&B)
DISPOSITION: C 3/5/03 G 6MO CMTD CONC                       STATUS: CLOSED


DT: 02/12/2003 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0362CR1291A
OFFENSE: POSS TO DISTRIBUTE CLASS B(CSA POSS DIST B )   COCAINE
DISPOSITION: C 3/5/03 G 1YR CMTD CONC                      STATUS: CLOSED


DT: 02/12/2003 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0362CR1291B
OFFENSE: CONTROL SUBSTANCE SCHOOL(CSA SCHOOL)
DISPOSITION: C 3/5/03 DISM                                 STATUS: CLOSED


DT: 02/12/2003 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0362CR1291C
OFFENSE: POSS CLASS B CONT SUB(CSA POSS B)           COCAINE
DISPOSITION: C 3/5/03 G FILE                               STATUS: CLOSED


DT: 09/23/2002 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0262CR9586A
OFFENSE: POSS FIREARM W/O PERMIT(FIR POSS WO PERM)
DISPOSITION: C 3/5/03 G 1YR CMTD                           STATUS: CLOSED


DT: 09/23/2002 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0262CR9586B
OFFENSE: POSS FIREARM W/O PERMIT(FIR POSS WO PERM)   FID CARD
DISPOSITION: C 3/5/03 G 1YR CMTD CONC                      STATUS: CLOSED


DT: 07/25/2002 SC2 CRT:   WORCESTER DISTRICT( 62)        DKT#   0262CR5988A
OFFENSE: OPERATING AFTER SUSPEND LIC(114B-SUS)
DISPOSITION: DF D/R C 3/5/03 G FILE                        STATUS: CLOSED


DT: 01/14/2002 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0262CR407A
OFFENSE: POSS TO DISTRIBUTE CLASS D(CSA POSS DIST D )
DISPOSITION: C 3/27/02 DISM                                STATUS: CLOSED


DT: 01/14/2002 WOR CRT:   WORCESTER DISTRICT( 62)        DKT#   0262CR407B
OFFENSE: POSS CLASS D CONT SUB(CSA POSS D)
DISPOSITION: C 3/27/02 DISM                                STATUS: CLOSED

PRIM NAME: MORALES, ALEXIS          DOB: 04/07/1981 PCF#:2661002CV

DT: 01/14/2002 WOR CRT:  WORCESTER DISTRICT( 62)        DKT#   0262CR407C
OFFENSE: FIREARM ID CARD(FIR ID)
DISPOSITION: C 3/27/02 DISM                                STATUS: CLOSED


DT: 11/26/2001 LOW CRT:  LOWELL DISTRICT( 11)          DKT#   0111CR8297A
OFFENSE: A&B DANGEROUS WEAPON(A&B DW)                  KNIFE
DISPOSITION: DR 4/2/02 D/R C 6/21/02 REST PD DISM         STATUS: CLOSED


DT: 11/26/2001 LOW CRT:  LOWELL DISTRICT( 11)          DKT#   0111CR8297B
OFFENSE: THREATENING(THREAT)                           COM CRIME-HARM
DISPOSITION: DF 4/2/02 D/R C 6/21/02 DISM                 STATUS: CLOSED


DT: 11/09/2001 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#  0162CR10557A
OFFENSE: SEXUAL COND FOR FEE(SEX COND FEE)
DISPOSITION: C 6/26/02 FILE                               STATUS: CLOSED


DT: 04/17/2001 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0162CR3303A
OFFENSE: ASSAULT(ASLT)
DISPOSITION: C 6/28/01 (JT) 8/6/01 125DA CMTD            STATUS: CLOSED


DT: 03/21/2001 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0162CR2377A
OFFENSE: POSS CLASS D CONT SUB(CSA POSS D)             MARIJUANA
DISPOSITION: C 6/5/01 CWOF SP 12/11/01 CC VWF VN 1/2/02/DF      STATUS: CLOSED
             1/9/02 D/R 2/12/02 VOP 90DA CMTD


DT: 12/18/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#  0062CR11649A
OFFENSE: TRESPASSING(TRES)
DISPOSITION: C 2/8/01 (JT) 6/5/01 $50 FINE 7/13/01 DF 8/6/01 D/ STATUS: CLOSED
             R REMIT


DT: 09/20/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0062CR8784A
OFFENSE: ASSAULT DANGEROUS WEAPON(ASLT DW)             HAND GUN
DISPOSITION: C 2/8/01 (JT) 6/5/01 DISM                    STATUS: CLOSED


DT: 09/20/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0062CR8784B
OFFENSE: ASSAULT DANGEROUS WEAPON(ASLT DW)             HAND GUN
DISPOSITION: C 2/8/01 (JT) 6/5/01 DISM                    STATUS: CLOSED


DT: 09/20/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0062CR8784C
OFFENSE: POSS FIREARM W/O PERMIT(FIR POSS WO PERM)
DISPOSITION: C 2/8/01 (JT) 6/5/01 DISM                    STATUS: CLOSED


DT: 09/20/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0062CR8784D
OFFENSE: POSS OF FIREARM(FIR POSS)                     W/O FID CARD
DISPOSITION: C 2/8/01 (JT) 6/5/01 DISM                    STATUS: CLOSED


DT: 09/07/2000 WOR CRT:  WORCESTER DISTRICT( 62)       DKT#   0062CR8223A
OFFENSE: TRESPASSING(TRES)
DISPOSITION: CWOF 12/5/00 VWF VN 2/8/01 G $50 FINE VWF PD      STATUS: CLOSED

PAGE 1 OF 1     C I V I L   R E S T R A I N I N G   O R D E R   AS OF 06/08/2004

DEFENDANT: MORALES, ALEXIS            DOB:04/07/1981 PCF:2661002CV
  (PRIMARY)     MOTHER : NILDA SANTIAGO
                FATHER : JOSE               SOC SEC : 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
                POB : WORCESTER MA
                ADDRESS: 29 5TH AVE WORCESTER MA
                ZIP CODE:        -
  ETHNICITY: HISPANIC     HGT: 506  WGT: 130  HAIR: BROWN        EYES: BROWN
=====================================================================================
DEFENDANT : MORALES, ALEXIS
PLAINTIFF : NICOLE BEAUCHAMPS
            STREET : 12 GEORGE STREET
            CITY : WORCESTER                    STATE : MA


DOCKET:     03RS0063AB1 COURT: P85 ORDER DATE : 02/03/2003 EXP DATE : 02/19/2003
            ORDER : CHAPTER 209A   SECTION   4   STATUS : CLOSED

                       ***** COURT ORDERS *****
                       ------------------------

  1. REFRAIN FROM ABUSE
  2. NO CONTACT STAY AT LEAST   50 YDS
  3. VACATE/STAY AWAY RESD
  6. CUSTODY OF FOLLOWING TO PLAINTIFF:
       ALIJAH 1/13/03
 12. SURRENDER GUNS, AMMO, LIC, FID
--------------------------------------------------------------------------------

# MIRANDA WARNING

1. "Before we ask you any questions, you must understand your rights."

2. "You have the right to remain silent."

3. "Anything you say can be used against you in court."

4. "You have the right to talk to a lawyer for advise before we ask you any questions and to have him with you during questioning."

**over**

5. "If you cannot afford a lawyer, one will be appointed for you before questioning if you wish."

6. "If you decide to answer questions now without a lawyer present, you will still have the right to stop questioning at any time until you talk to a lawyer."

7. "Do you understand what I have read to you?"

8. "Having these rights in mind, do you wish to talk to me now?"

6/7/04    8:45 pm
Date and Hour                              Signature

Signature-Witness                    Signature of Police Officer

# Worcester Police Department
## Incident Narrative Report

Print Date:  June 07, 2004

Printed By:  LopezM,

---

**Narratives for Incident Number 2004000053108 ?**  **Yes**
**Other Narratives not authorized for print?**  **None**
   **Narratives this user authorized to print:**

| Narrative by:  Police Officer Miguel Lopez |
|---|

| Seq No: | Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|---|
| 2 | 06/07/2004  20:40 | | Police Officer Miguel Lopez | Open | | 06/07/2004 |

the following is a statement taken of Alexis Morales DOB 04/07/81, taken at the Worcester Police Headquarters on 07 June 2004.  At the time of this statement Morales was in custody.  Morales was read his Miranda rights by Officer Panarello and chose to waive his rights.  Morales signed the Miranda rights card that was read to him.

Q. Were arrest today on Laurel St. while in a white Mercury Mountaineer?
Y. Yes.

Q. Who was in the Vehicle with you?
Y. Raul Aponte and Darron Andrews.

Q. Was Crack cocaine found in the vehicle?
Y. Yes.

Q. Did the Crack cocaine belong to you?
Y. Yes.

Q. Did any of the Crack cocaine belong to either Andrews or Aponte?
Y. Nope.

Q. Were you promised anything in exchange for this statement?
Y. No.

Q. Did you want to tell me where you got the Crack cocaine from?
Y. Nope.

Q. Is there any thing else you would like to add to this statement?
Y. Nope.

_Alexis Morales_
Alexis Morales

_Witness_

Signature - Reporting Officer

Signature - Reviewing Officer

PINarrativeSingle Rev: 03/01/(