# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------)
UNITED STATES OF AMERICA,         )
                                  )
vs.                               )        CRIMINAL ACTION
                                  )        NO. 04-40019-FDS
                                  )
ALEXIS MORALES,                   )
         Defendant                )
-------------------------------------------------)
```

## AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE OBTAINED FROM WARRANTLESS SEARCH

I, Alexis Morales, state the following is true to the best of my knowledge, information and belief:

1. I am the defendant in this action.
2. On June 7, 2004 I was the front seat passenger in a white Mercury Mountaineer driven by Darren Andrews.
3. As we were driving, a Worcester Police vehicle turned around pulled behind us.
4. Several members of the Worcester Police approached the vehicle and ordered me out of the car and frisked me.
5. They ordered me to stay on the sidewalk.
6. I did not feel that I was free to leave.
7. The police then forcibly removed Raul Aponte from the car.
8. While keeping me at the scene they searched Darren Andrews' car.
9. The police claimed to have found a plastic bag in the backseat of the car, which he claimed were drugs.
10. While at the scene the police asked me questions prior to giving me my Miranda Rights.
11. I did not consent to the search.
12. I was not shown a search warrant.
13. I was taken to the police station for booking.

Signed under the pains and penalties of perjury this 4th day of December, 2004.

```
                              _____/"s"/___"Alexis Morales"_____
                              Alexis Morales
```