## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-40019-FDS
ALEXIS MORALES,                )
         Defendant,            )
                               )
_____)
```

### FINAL STATUS REPORT
### December 10, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Trial</u>

Counsel for the parties have requested that this case be returned to Judge Saylor for trial. I have granted that request.

2. <u>Length of Trial</u>

Three to four days.

3. <u>Discovery</u>

Completed.

4. <u>Substantive Motions</u>

Mr. Morales has filed a Motion to Suppress and the Government has filed an opposition to that motion. These motions are fully briefed and should be referred to Judge Saylor for a decision.

5.  <u>Defenses</u>

Mr. Morales does not intend to present an insanity, public authority or alibi defense.

6.  <u>Interpreter</u>

None needed.

7.  <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through December 7, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, February 17, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE