UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**UNITED STATES OF AMERICA,**       )
                                    )
      v.                            )
                                    )   **Criminal Action No.**
**ALEXIS MORALES,**                 )   **04-40019-FDS**
                                    )
      **Defendant.**                )
_____ )

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On January 19, 2005, the Court took defendant's motion to suppress evidence under advisement. The Court issued a ruling on the motion on February 22, 2005.

The Speedy Trial Act provides, in pertinent part, that "delay reasonably attributable to any period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court" shall be excluded in computing the time within which the trial of any criminal offense must commence. 18 U.S.C. § 3161(h)(1)(J). Accordingly, the period of time from January 19, 2005 through February 18, 2005, the first thirty days in which defendant's motion was under advisement, shall be excludable pursuant to 18 U.S.C. § 3161(h)(1)(J).

**So Ordered.**

                                    /s/ F. Dennis Saylor
                                    F. Dennis Saylor IV
                                    United States District Judge

Dated: March 2, 2005