UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\---------------------------------------------------)
UNITED STATES OF AMERICA,          )
                                                              )
vs.                                                          )         **CRIMINAL ACTION**
                                                              )         **NO. 04-40019-FDS**
ALEXIS MORALES,                             )
       Defendant                        )
\---------------------------------------------------)

MOTION TO CONTINUE

    Now comes the defendant in the above-entitled matter and moves this honorable Court to continue the Defendant's status date currently scheduled for March 7, 2005 to March 14, 2005. Counsel further requests that the time between March 7, 2005 and March 14, 2005 be excluded.

    Respectfully Submitted,

    ALEXIS MORALES
    By his attorney:

    \_\_\_"/s/" Eduardo Masferrer\_\_\_\_\_
    Eduardo Masferrer
    BBO# 644623
    Masferrer & Hurowitz, P.C.
    6 Beacon St. Suite 720
    Boston, MA 02108
    (617) 531-0135