UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        v.                          )
                                    )   Criminal Action No.
ALEXIS MORALES,                     )   04-40019-FDS
                                    )
        Defendant.                  )
_____ )

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A status conference for this matter was set for March 8, 2005. At the request of counsel for defendant, the conference was continued until March 18, 2005, in order to accommodate counsel's schedule.

On the motion of defendant, and because the ends of justice served by granting the request for a continuance outweigh the interest of the public and defendant in a speedy trial, the period of time from March 8, 2005 through March 18, 2005 shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

                                    /s/ F. Dennis Saylor
                                    F. Dennis Saylor IV
                                    United States District Judge

Dated: March 18, 2005