UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
|  | ) Criminal Action No. |
| ALEXIS MORALES, | ) 04-40019-FDS |
|  | ) |
| Defendant. | ) |

**ORDER OF EXCLUDABLE TIME**

**SAYLOR, J.**

At a status conference held on March 18, 2005, the Court set a trial date of June 6, 2005, the earliest trial date agreeable to both parties. Both the defendant and the government consented on the record to the date and to the exclusion of time under the Speedy Trial Act. The ends of justice served by granting the request for a continuance therefore outweigh the interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Accordingly, the period of time from March 18, 2005, through June 6, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: March 18, 2005