UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 04 CR 40019-FDS |
| | ) | |
| ALEXIS MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United
States Attorney Michael J. Sullivan, and Assistant U. S. Attorney
David Hennessy, hereby requests that, in addition to those
questions commonly put to the venire in cases commenced in this
Court, the Court pose the following questions to the prospective
jurors in this case:

1.    The United States of America is one of the litigants in
this trial.  You will hear the United States referred to
throughout the trial as "the government."  Have you, or any
member of your immediate family, or anyone with whom you are
close:

   (a)   ever been employed by the federal government in
         any capacity?

   (b)   ever filed a lawsuit or claim of any kind against
         any police or other law enforcement officer?

   (c)   ever had any involvement, of any sort, with the
         City of Worcester Police Department?

2.    Have you, any member of your immediate family, or any
close friend ever been involved in a criminal proceeding?  If so,
please provide details at the sidebar.

3.    Have you, any member of your immediate family, or any close friend ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

4.    Are you aware of any beliefs or feelings that you may have regarding the government that would in any way interfere with your ability to evaluate and judge fairly and impartially the facts of this case?

5.    Some of the witnesses expected to be called by the United States at trial are Officers of the Worcester Police Department.  Are you aware of any beliefs or feelings that you may have regarding such law enforcement witnesses that would in any way interfere with your ability to evaluate and judge fairly and impartially their testimony or the facts of this case?

6.    Have you, any member of your immediate family, or any close friend ever received treatment for use of a controlled substance?

7.    In this case, the government alleges that the defendant possessed cocaine base, otherwise known as "crack cocaine," with the intent to distribute it.  Cocaine base, or "crack cocaine," is a controlled substance under the laws of the United States, and it is illegal to possess it with the intent to distribute it. Do you have any beliefs or views about the drug laws in general or crack cocaine in particular that would interfere with your

2

ability to apply those laws as I explain them to you?

8.    Are you aware of any beliefs or feelings that would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

9.    Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

David Hennessy
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record, Eduardo Masferrer, Esq., a copy of the foregoing document by federal express this 31st day of May, 2005.

David Hennessy
ASSISTANT UNITED STATES ATTORNEY

3