UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 04 CR 40019-FDS |
| ) | |
| ALEXIS MORALES, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby submits its exhibit list for the trial of this action. The government reserves its right to supplement or modify this list in light of the evidence that is admitted at the trials and with reasonable notice to the defendants.

| EX# | MARKED | ADMITTED | STRICKEN | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | Crack cocaine seized on June 7, 2004 (Lab No. 075199) |
| 2. | | | | Miranda Card signed by defendant Morales |
| 3. | | | | Sworn statement signed by Morales |
| 4. | | | | Miscellaneous paperwork recovered from Morales |
| 5a. - 5c. | | | | Lab reports |
| 6. | | | | Fingerprint report |
| 7. | | | | Arrest warrant and affidavit |

Respectfully submitted,

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David Hennessy
David Hennessy
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record, Eduardo Masferrer, Esq., a copy of the foregoing document by facsimile and United States Mail federal express to counsel of record this, the 31st day of May, 2005.

/s/ David Hennessy
David Hennessy
ASSISTANT UNITED STATES ATTORNEY
2