UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            v.           )    04 CR 40019-FDS
                         )
ALEXIS MORALES,          )
                         )
            Defendant.   )

### VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

**As to Count One** (possession with intent to distribute a quantity of cocaine base, also known as "crack")

\_\_\_\_\_ Guilty          \_\_\_\_\_ Not Guilty


If your vote is Guilty, you should answer the following question. If your vote was Not Guilty, do not answer. Was the amount of cocaine base, also known as "crack," involved in the offense more than 20 grams?

\_\_\_\_\_ Yes             \_\_\_\_\_ No




**Your deliberations are complete. Please notify the Marshal in writing.**


FOREPERSON: _____     DATE: _____