THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-40019 |
| v. ) | |
| ) | |
| ALEXIS MORALES ) | |
| ) | |

**DEFENDANT'S WITNESS LIST**

The Defendant, by his attorney, hereby reserves the right to call any witnesses on the Government's witness list and in addition may call the individuals listed below. The Defendant reserves the right to supplement this list if he discovers the need for additional witnesses. At this time, the Defendant anticipates that he may need to call additional members of the Worcester Police Department, depending on additional Court rulings.

| | |
|---|---|
| 1. Robert Diaz, | Worcester, MA |
| 2. Darrin Andrews, | Providence, RI |
| 3. Raul Aponte, | Worcester, MA |
| 4. Sabrina Garcia, | Worcester, MA |
| 5. Keeper of Records, Wyatt Federal Detention Center | Central Falls, RI |
| 6. Alexis Morales, | Worcester, MA |

Respectfully Submitted
ALEXIS MORALES
By His Attorney

_____"/s/" Eduardo Masferrer____
Eduardo Masferrer
BBO # 644623
Masferrer & Hurowitz, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108

**Certificate of Service**

I Eduardo Masferrer, do hereby certify that I have served upon the person listed below a copy of the foregoing documents in hand and by electronic mail, this the 31st day of May, 2005.

> AUSA Dave Hennessey,
> 1 Courthouse Way
> Worcester, MA

                                                ____"/s/" Eduardo Masferrer___
                                                Eduardo Masferrer