UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-40019-FDS |
| | ) | |
| ALEXIS MORALES | ) | |

**DEFENDANT'S EXHIBIT LIST**

Now comes the Defendant, by his attorney, Eduardo Masferrer, and hereby submits its exhibit list for the trial of this action. The Defendant reserves his right to supplement or modify this list in light of the evidence that is admitted at the trials and with reasonable notice to the Government.

| EX# | MARKED | ADMITTED | STRICKEN | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | Thank You card from Raul Aponte to Alexis Morales via Sabrina Garcia |
| 2. | | | | Thinking of You card from Raul Aponte to Alexis Morales via Sabrina Garcia |
| 3. | | | | Envelope addressed to Alexis Morales confirming receipt of $400 from Sabrina Garcia |
| 4. | | | | Alexis Morales' Account Summary from Wyatt Detention Center recording a total of $900 from Sabrina Garcia |
| 5. | | | | Picture of 29 Laurel St. |
| 6. | | | | Picture showing view of Laurel St. including 29 Laurel St. |
| 7. | | | | Picture showing view of Laurel St. including 29 Laurel St. |

| | |
|---|---|
| 8. | Picture showing view of Laurel St. including 29 Laurel St. |
| 9. | Picture showing view of Laurel St. including 29 Laurel St. |

ALEXIS MORALES
By his attorney,


___"/s/" Eduardo Masferrer_____
Eduardo Masferrer
B.B.O. #644623
Masferrer & Hurowitz, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108
Tel:  617-531-0135


CERTIFICATE OF SERVICE

I, Eduardo Masferrer, certify that a true copy of this document was served on Assistant U.S. Attorney David Henessey by electronic and postage delivery on May 31, 2005.


__"/s/" Eduardo Masferrer____
Eduardo Masferrer