UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) 04 CR 40019 -FDS
)
ALEXIS MORALES, )
)
    Defendant. )

GOVERNMENT'S LIST OF PROSPECTIVE WITNESSES

MICHAEL J. SULLIVAN
United States Attorney
    David Hennessy
    Paul G. Casey
    Of Counsel

(Draft: 6/03/05)

James Carmody
Worcester Police Department

Miguel Lopez
Worcester Police Department

Nogc Vo (pronounced Knock Vo)
Worcester Police Department

Christopher Panarello
Worcester Police Department

Fredrick McGill
Worcester Police Department

Lieutenant David P. Grady
Worcester Police Department
Bureau of Criminal Investigations

Kristina McNeal
University of Massachusetts Medical School
Drugs of Abuse Laboratory

Nathan Reando
Worcester Police Department

P.O. Daniel Sullivan
Worcester Police Department


Other names you may hear at trial:

Raul Aponte

Darren Andrews

Sergeant Stephen Roche
Worcester Police Department

Lieutenant Stephen Sargent
Worcester Police Department

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David Hennessy
David Hennessy
Paul G. Casey
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record, Eduardo Masferrer, Esq., a copy of the foregoing document by hand this 3d day of June, 2005.

_/s/ David Hennessy_
David Hennessy
ASSISTANT UNITED STATES ATTORNEY