

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*                    United States Courthouse, Suite 9200
                                                    1 Courthouse Way
                                                    Boston, Massachusetts 02210

June 3, 2005

**BY HAND**
Eduardo A. Masferrer, Esq.
6 Beacon Street
Suite 720
Boston, MA 02108

    Re:  United States v. Alexis Morales
           Criminal No. 04-40019-FDS

Dear Mr. Masferrer:

    This letter provides you with Section 3500 material in connection with the trial of the above-referenced case. Enclosed is a packet of information provided by the chemist, Kristina McNeal who, in the absence of a stipulation, will testify to the forensic chemical analysis of the substance recovered from the Mountaineer in which Morales was an occupant.

    Also enclosed is a police report prepared by Officer Nathan Reando regarding a prior possession of crack by defendant.

    Lastly, I enclose a photocopy of government exhibits, most of which you already have, and a revised witness list.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                By:

                                David Hennessy
                                Assistant U.S. Attorney

cc:  Martin Castles
      Clerk to the Honorable F. Dennis Saylor, IV