UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to: Worcester House of Corrections
5 Paul X. Tivnan Drive
West Boylston, MA 01583

YOU ARE COMMANDED to have the body of __Raul Aponte__

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. __2__, on the __5th__ floor, Worcester, Massachusetts on

__MONDAY   JUNE 6, 2005__, at __2:00 P.M.__

for the purpose of __TRIAL HEARING__

in the case of  UNITED STATES OF AMERICA   v.   Alexis Morales

CR Number __04-40019-FDS__

And you are to retain the body of said __Raul Aponte__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Raul Aponte__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __3rd__ day of __JUNE,__ 2005.

_____
UNITED STATES DISTRICT JUDGE

SARAH THORNTON, CLERK

By: _____
Deputy Clerk

SEAL

(Habcorp.wrt - 10/96)

Kkwhcap.] or
[kwhcat.]