

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

June 7, 2005

**BY HAND**
Eduardo A. Masferrer, Esq.
6 Beacon Street
Suite 720
Boston, MA 02108

    Re:  United States v. Alexis Morales
          <u>Criminal No. 04-40019-FDS</u>

Dear Mr. Masferrer:

    This letter provides you with Section 3500 material. Although it is unlikely the government will call Fred McGill of the Worcester Police Department, enclosed are 5 pages of Section 3500 material relating to the custody of the drug evidence.

    I wanted to memorialize also that yesterday the government provided you with a report of a recently-conducted interview by the police with Raul Aponte, and with a copy of Aponte's booking sheet, which you had requested orally in Court.

    Finally, I ask that you have available for trial the photographs you admitted at the suppression hearing.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:

                                David Hennessy
                                Assistant U.S. Attorney

Enclosures

cc:  Martin Castles (w/o encl.)
     Clerk to the Honorable F. Dennis Saylor, IV



**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**RONALD PRESTON**
SECRETARY

**CHRISTINE C. FERGUSON**
COMMISSIONER

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## Division of Food and Drugs
### 305 South Street, Jamaica Plain, MA 02130-3597
(617) 983-6700   (617) 524-8062 - Fax

**Exhibit 1**

TO:       Chief of Police

FROM:   Department of Public Health, Drug Control Program

RE:       Designation of Agent For the Purpose of Drug Destruction

In order for your department to destroy seized controlled substances in accordance with M.G.L. c. 94C, §47A, it is necessary for the Department of Public Health to designate you or your evidence officer as an "Agent" of the Department. By completing and signing this form, you are certifying that the Agent will oversee and be solely responsible for the proper processing and destruction of all seized controlled substances in the possession of your department. Upon the signature of the Commissioner, the individual named below is designated as an agent of the Department of Public Health for the purposes of conducting drug destruction. No other authority or responsibilities are conferred by this designation.

This designation is effective for one year from the date this document is signed by the Commissioner of Pubic Health, unless otherwise revoked by the Chief of Police or the Department of Public Health.

Please submit the completed and signed form to the Drug Control Program at the address above. Once it is signed by the Commissioner, it will be returned to you. Any questions regarding this process should be directed to the Assistant Director for Operations at (617) 983-6700.

---

I, _GAry .L. Gemme_, Chief of Police for the City/Town of Worcester, designate __FREDERICK H. MCGILL, POLICE PATROLMAN__ (name, rank, title and telephone number) as the Agent of the Department of Public Health for the purpose of conducting destruction of all seized controlled substances, pursuant to M.G.L. c. 94C, §47A.

DRUG EVIDENCE OFFICER 508-799-8657

Chief of Police/Date

Christine C. Ferguson, Commissioner/Date

Designation Expires December 31, 2005
S: DDC/ 04 Pilot Designation Letter

P. Faf II

**WORCESTER POLICE DEPARTMENT**

**DRUG RECEIPT**

Box Number: **96**

| Defendant's Name | Police Officer | Date Received |
|---|---|---|
| ALEXIS MORALES | J. CARMODY | 6-07-04 & Resubmitted 7/9/04 |

List of Evidence
Description of Samples

(7) LARGE CHUNKS IN PLASTIC BAGS IN A LARGER YELLOW PLASTIC BAG    75/99

JCM

"RUSH"
6/16/04
Wed —     JCM

Resubmitted:
→ Returned To Lab 7-9-04
To Be Tested For "CRACK" COCAINE

"RUSH"

Returned To WPD on: 7-20-04

Evidence Taken To Court By
Officer's Name --- Date and Time
J. FRANK  1-5-05 1400

Returned By Officer
Date and Time
1. J CARMODY 1-20-05 0830
2.
3.
4.

See next page

WEDNESDAY JCM

Submitted To Laboratory ---- Date  6-16-04  Submitted By  JCM
"RUSH"
Returned from Laboratory --- Date  6-23-04  Returned By  JCM

Completion Date _____

Action Receipt _____ Date _____ Official _____

P. II of II

## WORCESTER POLICE DEPARTMENT
## DRUG RECEIPT

Box Number

# 96

| Defendant's Name | Police Officer | Date Received |
|---|---|---|
| ALEXIS MORALES | J. CARMODY | 6-07-04 |

List of Evidence
Description of Samples

NUMEROUS CHUNKS IN PLASTIC BAGS.......RESUBMITTED IN DRUG LAB ENVELOPE MARKED #75199 TO BE TESTED AS CRACK COCAINE

RESUBMITTED ON JULY 9, 2004.    75199 R

(R = Resubmitted)

"RUSH"

Evidence Taken To Court By
Officers Name - - - Date and Time

Returned By Officer
Date and Time

1. _____
2. _____
3. _____
4. _____

Submitted To Laboratory - - - - Date  7-9-04   Submitted By  [signature]
Returned from Laboratory - - - Date  7-20-04  Returned By  [signature]
Completion Date _____
Action Receipt _____ Date _____ Official _____

61441

# DRUG RECEIPT

UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER
DRUGS OF ABUSE LABORATORY
TELEPHONE (508) 856-6275

City or Department: WORCESTER

Submitting Officer: F. MCGILL

Defendant(s) Name: ALEXIS MORALES

Destruction Number: 

I.D. Number: 

| List of Evidence Description of Sample | Alleged Identity | Gross Weight or Number | Lab. Number | Quantify ? |
|---|---|---|---|---|
| (7) LG. CHUNKS/PLS.BS./YELLOW PLS.B. | COCAINE | | 75199 | |

Rush 6/16

Received by: Linda [signature]
UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER LABORATORY

Date: 6-16-04

# DRUG RECEIPT

**UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER**
**DRUGS OF ABUSE LABORATORY**
**TELEPHONE (508) 856-6275**

City or Department: WORCESTER

Destruction Number: _____

Submitting Officer: F. MCGILL

I.D. Number: _____

Defendant(s) Name: ALEXIS MORALES

Resubmitted 7-9-04

| List of Evidence Description of Sample | Alleged Identity | Gross Weight or Number | Lab. Number | Quantify ? |
|---|---|---|---|---|
| NUMEROUS CHUNKS/PLS. BS. (in plastic bag from drug lab #75199) RESUBMITTED | COCAINE | | 75199R | |

Received by: _[signature]_

UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER LABORATORY

Date: 7-9-04