CASE NO: ~~(CIVIL)~~ (CRIMINAL) 04-40019

TITLE: USA vs Alexis Morales

### JURY PANEL

(1. Darcy Gagne
(2. John Gilbert
(3. Marcia Blakely Foreperson
(4. Kathryn Wesolowski
(5. Steven Horsefield
(6. Jane Pond
7. Tammy Vescera
   Alternate # 1

(8. Jacquelyn Shade
(9. Michael Pease   ALT 2
(10. Alan Flagg
(11. William O'Meara
(12. Howard Garshman
(13. Edward Simpson
(14. Christine LaPerriere   ALT 1
    Alternate # 2

Alternate # 3                    Alternate # 4

(PLTFF) (GOV'T)       **WITNESSES**         DEFENDANT

1. James Carmody  6/7/05, 6/8/05
2. Christine McNeal  6/7/05
3. Miguel Lopez  6/7/05, 6/8/05
4. Darrin Andrews  6/8/05
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.