AO 187A (REV. 7/87)

**EXHIBIT [redacted] LIST – [redacted]**

USA vs. Morales

CASE NO. 04-40019

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/7/05 | ✓ | ✓ | "Crack" Drugs seized |
| 5A | | 6/7/05 | ✓ | ✓ | Lab report of Drugs |
| 5B | | 6/7/05 | ✓ | ✓ | Lab report of Drugs |
| 5C | | 6/7/05 | ✓ | ✓ | Lab report of Drugs |
| 2 | | 6/7/05 | ✓ | ✓ | miranda warning Card |
| 3 | | 6/7/05 | ✓ | ✓ | written statement of morales |
| 8A | | 6/8/05 | ✓ | ✓ | photographs of mountaineer |
| 8B | | 6/8/05 | ✓ | ✓ | " " " |
| 8C | | 6/8/05 | ✓ | ✓ | " " " |
| 15 | | 6/8/05 | ✓ | ✓ | " " " |
| 16 | | 6/8/05 | ✓ | ✓ | " " " |
| | | | | | |

79

Your Honor:

Does the paperwork showing the questions were asked at 8:40pm and the Miranda was at 8:45pm have an effect on this case?

Howard Gashman
#12



Questions from the Jury:

① What day of the week is June 7, 2004?

② What are the hours of operation for Rent-a-Center on June 7, 2004? What location(s) in Worcester?

③ Is there a difference between crack and free base?

④ Does the law differentiate between freebase and crack?

[signature]

June 9, 2005



Was the larger bag opened or sealed. If sealed, how was it sealed?

[signature] 6/9/2005



Questions from the Jury:

① Your answer to our question, #4, confuses us in regards to your instructions on page 19. Please clarify your instructions to us.

② What is the definition of cocaine base in the form of crack cocaine per page 19.

[signature] 6/9/2005



Will Break @ 5 pm -
Continue tomorrow

Marcia Blakely 6/9/2005



We, the jury,
have reached an impass.

6/10/2005

