UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-cr-40019 |
| V. ) | |
| ) | |
| ALEXIS MORALES ) | |

**DEFENDANT'S NOTICE OF APPEAL OF SENTENCE**

Now comes the Defendant for the above-entitled matter and notifies this Court pursuant to Fed.R.Crim.P. 32(j) of his intent to appeal his sentence. Furthermore, the Defendant moves pursuant to Fed.R.Crim.P. 32(j)2 that the Clerk file a notice of appeal on the Defendant's behalf.

Respectfully Submitted,

____"/s/"___Eduardo Masferrer___

Eduardo Masferrer
Masferrer & Hurowitz, P.C.
6 Beacon Street Suite 720
Boston, MA 02108
(617) 531-0135

I, Eduardo Masferrer, certify that on this day of October 3, 2005, a copy of this notice was delivered via first class mail to the A.U.S.A's office of the U.S. District Court.

____"/s/"___Eduardo Masferrer___