UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>)<br>ALEXIS MORALES )<br>) | Criminal No. 04-cr-40019 |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes the attorney for the Defendant in the above-entitled matter and requests that this Honorable Court permit him to withdraw as counsel for the Defendant.

Respectfully Submitted,

____"/s/"___Eduardo Masferrer___

Eduardo Masferrer
BBO # 644623
Masferrer & Hurowitz, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 531-0135

I, Eduardo Masferrer, certify that on this day of October 3, 2005, a copy of this motion was delivered via first class mail to the A.U.S.A's office of the U.S. District Court.

____"/s/"___Eduardo Masferrer___