UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>)<br>ALEXIS MORALES )<br>) | Criminal No. 04-cr-40019 |

**MOTION TO PERMIT THE DEFENDANT TO PROCEED**
***IN FORMA PAUPERIS***

Now comes the trial attorney for the defendant and requests that this Court allow the defendant to proceed with his sentencing appeal *in forma pauperis*. As grounds thereof, the defendant has no financial means to pay an attorney to represent him in his appeal. The defendant is currently and has been incarcerated since the commencement of this case. As the Defendant has no means to pay for Counsel's services, Counsel respectfully requests that the Defendant be permitted, pursuant to Fed.R.Crim.P. 32(j)1(C), to proceed *in forma pauperis*, and that a panel attorney be appointed to represent him.

Respectfully Submitted,

Eduardo Masferrer
Masferrer & Hurowitz, P.C.
6 Beacon Street Suite 720
Boston, MA 02108
(617) 531-0135