UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>)<br>ALEXIS MORALES )<br>_____ ) | Criminal No. 04-cr-40019 |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO ALLOW
DEFENDANT TO PROCEED IN FORMA PAUPERIS**

I, Eduardo Masferrer, swear that the following is true to the best of my knowledge and belief:

1. I am an attorney.

2. I was retained by the Defendant family to represent him in his trial in the above-referenced case.

3. The Defendant does not have the financial means with which to proceed with his sentencing appeal.

4. The Defendant therefore requests that the Court appoint new Counsel to the defendant, who is and has been incarcerated since the commencement of his case.

Sworn to under the pains and penalties of perjury this 3rd day of October, 2005.

_____
Eduardo Masferrer

I, Eduardo Masferrer, certify that on this day of October 3, 2005, a copy of this motion was delivered via first class mail to the A.U.S.A's office of the U.S. District Court.

_____