04-40019-FDS

Alexis Morales
Federal Register Number 80461-038
Federal Correctional Institution Ray Brook
Post Office Box 9009
Ray Brook, New York 12977

December 10, 2005

The United States District Court
Main Street
Woecester, Massachusetts 01610

RE: United States v. Alexis Morales

Dear Sir/Madam,

    Greetings, I am writing to you today to request the following information:

1.) A recent copy of the docket sheet:
2.) A copy of the judgement and committment sheets:
3.) Any/All other documents maintained by this office pertaining to this case.

    I do not have the docket sheet available, but, I do know that I was sentenced by Justice Sealy and I was sentenced on September 27, 2005. If it may be of assistance, mym social security number is ▆▆▆▆ 8710 and my date of birth is ▆▆/1981.

    In closing, I would like to thank you for all of your time concerning this request, this information is vital to the proper preparation of legal proceedings that I will have pending in this court. <u>PLEASE LABLE THE FACE OF ALL REPLY ENVELOPES, LEGAL MAIL, TO BE OPENED IN THE PRESENCE OF THE INMATE ONLY</u>

                                          SINCERELY,