# United States Court of Appeals
## For the First Circuit

No. 05-2550

UNITED STATES,

Appellee,

v.

ALEXIS MORALES,

Defendant, Appellant.

---

Before

Boudin, <u>Chief Judge</u>,
Selya, <u>Circuit Judge</u>,
and Stahl, <u>Senior Circuit Judge</u>.

---

JUDGMENT

Entered: December 5, 2006

Defendant Alexis Morales appeals his sentence for his possession with the intent to distribute conviction. He challenges one special condition of the supervised release portion of his sentence. We conclude that the plea agreement did not preclude the district court from imposing the challenged special condition and the district court did not err or abuse its discretion in imposing it. Accordingly, Defendant's sentence is summarily affirmed. <u>See</u> 1st Cir. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/26/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

David H. Hennessy, AUSA, Dina Michael Chaitowitz, AUSA, Randall E. Kromm, Esq., Eduardo Antonio Masferrer, Esq. ]